UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

-----------------------------------------------x
LEVENS CHARLEMOND
A099352567
    *Petitioner*,

v.

P. SUKMANOWSKI, Acting Field Office Director
PAMELA BONDI, Attorney General
KRISTI NOEM, Secretary of
Department of Homeland Security
    *Respondents*.
-----------------------------------------------x

Case No. 25 CV 6295-V



PETITION FOR WRIT OF HABEAS CORPUS
AND RELEASE FROM DETENTION UNDER
28 U.S.C. § 2241

Petitioner, Levens Charlemond, hereby petitions this Court for a writ of habeas corpus to review the lawfulness of his detention by the Department of Homeland Security. He has been held in detention since March 25, 2024. His continued detention by the Respondents violates 8 U.S.C. § 1231(a)(6), as interpreted in *Zadvydas*. In support of this Petition, Charlemond alleges as follows:

**JURISDICTION**

1.    This Court has jurisdiction under 28 U.S.C. § 2241, the Suspension Clause, U.S. Const. art. I § 9, cl. 2, and 28 U.S.C. § 1331, as Petitioner is presently in custody under color of the authority of the United States. See *Zadvydas*, 566 U.S. 678. This Court may

1

grant relief under 28 U.S.C. § 2241 (habeas corpus), 5 U.S.C. § 702 (establishing the right of review for a person suffering a legal wrong due to agency action), and 28 U.S.C. § 1651 (All Writs Act).

## VENUE

2. Venue in the Western District of New York is appropriate under 28 U.S.C. § 1391(e)(2) and because the respondent P. Sukmanoski resides in this district and because Petitioner Levens Charlemond is being held in detention in Buffalo Federal Detention Facility, Batavia, New York.

## PARTIES

3. Petitioner, Levens Charlemond, is a native and citizen of Haiti. He came to the United States with his family as an asylee in 2007 and has lived in the United States ever since. He was first detained, by DHS, at Krome Detention Facility in Miami, Florida, but was then transferred to the Buffalo Federal Detention Facility in Batavia, New York, where he is currently detained.

4. Respondent, P. Sukmanoski, is sued in his official capacity as the Field Office Director within the State of New York, for the Immigration and Customs Enforcement, an agency of the DHS. He is charged by law with the implementation and enforcement of the immigration laws, and he is the officer who has custody over Charlemond.

5. Respondent, Pamela Bondi, is sued in her official capacity as the Attorney General of the United States. She has authority over the Executive Office for Immigration Review,

2

and she has authority to direct the immigration judge to hold bond hearings and establish bond conditions.

6. Respondent, Kristi Noem, is sued in her official capacity as the Secretary of the DHS. She is the executive officer who has been given authority to manage and control the ICE. As such, she is the ultimate legal custodian of Charlemond.

## CLAIMS FOR RELIEF

7. Petitioner is a 32 year old native of Haiti.

8. Petitioner was admitted to the United States in 2007.

9. The Petitioner entered as an asylee and never adjusted to lawful permanent resident.

10. The Petitioner resided with his father in Winter Haven, Florida, but moved out at the age of sixteen due to physical and emotional abuse i.e., him being beaten by his father with a broom.

11. On or about May 9, 2014, the Petitioner was convicted of Burglary of a Structure, and Grand Theft of a Firearm. He was sentence to eighteen months in prison.

12. On or about October 24, 2014, the Department of Homeland Security issued a Notice to Appear charging that the Petitioner was removable pursuant to INA §237(a)(2)(A)(iii)(alien convicted of an aggravated felony under INA §101(a)(43) (F), and pursuant to INA §237(a)(2)(c) alien convicted after admission of any law relating to firearm or destructive device.

3

13. The Petitioner admitted the allegations in the NTA and conceded removability. He applied for Removal and Deferral of Removal pursuant to Convention Against Torture. He also applied for Adjustment of Status and a §209(c) Waiver.

14. The Immigration judge granted the Petitioner's application for the 209(c) waiver;

15. On or about June 25, 2023, it was ascertained that Petitioner was supposedly served with a Notice of Intent to Issue a Final Administrative of Removal Order, and a Final Order of Removal via mail, however, Petitioner did not receive such documents; while he was incarcerated.

16. Petitioner has been in detention ever since the order of administrative of removal was issued.

17. Petitioner is unlikely to be removed in the reasonably foreseeable future.

18. Section 241 of the INA does not authorize the Respondents to detain indefinitely a noncitizen subject to a final order of removal.

19. Petitioner's detention violates the principles in *Zadvydas*.

20. Petitioner's detention also violates the Due Process Clause.

21. There are no existing special circumstances to justify Petitioner's continued detention.

## RELIEF REQUESTED

22. Respondents have detained Petitioner for over twenty-three (23) months since the

issuance of the administrative order of Removal. Because Petitioner's Application for Removal is ongoing and any subsequent appeals are possible, there is no significant likelihood that his removal will occur in the reasonably foreseeable future. Petitioner has not been determined to pose a danger to the community nor a risk for flight, and no special circumstances exist to justify his continued detention. Petitioner should be released under an order of supervision. Respectively, Petitioner also request that this court order the Respondents not to transfer Petitioner outside the Western District of New York during the pendency of this Petition.

Dated this 03nd day of June, 2025.

*[signature]*
Levens Charlemond A099352567
Buffalo Federal Detention Facility
4250 Federal Drive
Batavia, New York 14020

*[signature]* Aaron A. Stahl
06/03/25

Aaron A. Stahl
Notary Public, State of New York
Reg. No. 01ST0013537
Qualified in Orleans County
Commission Expires September 14, 2027

5

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

**25 CV 6295**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Levens Charlemond

### DEFENDANTS
P. SUKMANOWSKI in his official capacity as Acting Officer-in-Charge of the Buffalo Federal Detention Facility et al.

**(b)** County of Residence of First Listed Plaintiff: Genesee County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Genesee County
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Pro Se

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- [ ] 362 Personal Injury - Med. Malpractice
- [ ] 365 Personal Injury - Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 444 Welfare
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 440 Other Civil Rights

**PRISONER PETITIONS**
- [ ] 510 Motions to Vacate Sentence
- **Habeas Corpus:**
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**FORFEITURE/PENALTY**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs.
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt.Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [X] 463 Habeas Corpus - Alien Detainee
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. § 2241

Brief description of cause:
Ongoing detention violates due process

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE: 
DOCKET NUMBER:

DATE: June 3, 2025

SIGNATURE OF ATTORNEY OF RECORD: *Levens Charlemond* (signature)

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

[Print]  [Save As...]  [Export as FDF]  [Retrieve FDF File]  [Reset]