AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| Levens Charlemond | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 6:25-CV-6295-MAV |
| P. Sukmanowski, Acting Field Office Director, et al | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:  the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is granted to the extent as outlined in the Decision and Order (docket #9) and the case is closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  Meredith A. Vacca  on a motion for  N/A

Date:  12/11/2025

*CLERK OF COURT*

s/Mary C. Loewenguth

*Signature of Clerk or Deputy Clerk*